UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOHN A. HAWKINS-EL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00550-JRS-MKK |
| | ) | |
| FRANK VANIHEL, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 5/8/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

David Corey
INDIANA ATTORNEY GENERAL
david.corey@atg.in.gov

Terry Wayne Tolliver
Brattain Minnix Tolliver
Terry@BMGIndy.com